USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

DAVID MORRIS,

                  Defendant.

25 Cr. 350 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court will hold an initial criminal conference in this matter on August 15, 2025, at 1:00 PM in Courtroom 15B.

**SO ORDERED.**

Dated:    7 August 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.