USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/16/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

       - against -

DAVID MORRIS,

            Defendant.

**25 CR 350 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for December 19, 2025, is hereby adjourned to January 23, 2026, at 1:00 PM. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 23, 2026.

**SO ORDERED.**

Dated:    16 December 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.

1