USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

         - against -

DAVID MORRIS,

         Defendant.

---

**25 CR 350 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby schedules the sentencing of defendant David Morris on September 11, 2026, at 10:00 AM. The criminal conference currently scheduled for June 5, 2026, at 12:00 PM is canceled.

**SO ORDERED.**

Dated:     27 May 2026
           New York, New York

Victor Marrero
U.S.D.J.