Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

July 14, 2026

**Via ECF**

Request **GRANTED.**

**SO ORDERED.**

7/17/2026
DATE

VICTOR MARRERO, U.S.D.J.

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re. United States v. David Morris**
**25 Cr. 350 (VM)**

Dear Judge Marrero:

I write with the consent of the Government and Probation Department to ask for a two-week adjournment of the Presentence Investigation Report (PSR) deadlines in this matter.

Mr. Morris has been interviewed by the Probation Department, which disclosed the first draft of the PSR to counsel before the July 4 holiday. Given delays caused by the holiday and with access to legal mail at MDC Brooklyn, defense counsel and Mr. Morris need additional time to review the draft PSR and provide any comments to Probation. Accordingly, I respectfully request a two-week adjournment of all PSR-related deadlines, including the final PSR disclosure deadline, which is currently July 27, 2026. The Court has scheduled sentencing for September 11, 2026, so any adjournment of the PSR deadlines would not affect the sentencing hearing or sentencing submission dates.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record